No. 278. PRESSER *v.* UNITED STATES. Certiorari, 368 U. S. 886, to the United States Court of Appeals for the Sixth Circuit. Argued March 22, 26, 1962. This case is restored to the calendar for reargument. *John G. Cardinal* argued the cause for petitioner. With him on the briefs were *Edwin Knachel* and *Robert E. Freed. Richard J. Medalie* argued the cause for the United States. On the briefs were *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer.*

No. 735. UNITED STATES *v.* SAMPSON ET AL. Appeal from the United States District Court for the Northern District of Georgia. The motion to remand is denied. Probable jurisdiction is noted. *Solicitor General Cox* for the United States. *Randolph W. Thrower* for appellees.